1 | JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
2 | LEANNE C. YU (SBN 290698)
lyu@snllp.com
3 | SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
4 | San Francisco, CA 94104-4816
Telephone: (415) 283-1000
5 | Facsimile:   (415) 352-2625

6 | Attorneys for Defendant
Exeter Finance LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGENTA WILLIAMS and SPENCER PEE,   Plaintiffs,   vs.   EXETER FINANCE LLC, SECURE COLLATERAL MANAGEMENT, LLC; and DOES 1 through 10, inclusive,   Defendants. | **CASE NO.:**   **NOTICE OF REMOVAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Exeter Finance LLC ("Exeter") hereby removes to this Court the state court action described below.

1. On July 18, 2019, a complaint was filed against Exeter by plaintiffs Magenta Williams and Spencer Pee ("Plaintiffs"), in the Superior Court of the State of California in and for the County of Santa Clara, in an action styled as *Magenta Williams and Spencer Pee v. Exeter Finance LLC, et al.*, case number 19CV351998. A copy of the complaint ("Complaint") and other documents that were served on Exeter[1] are attached hereto as **Exhibit A**.

2. This removal petition is timely under 28 U.S.C. § 1446(b) because Exeter was personally served with the Complaint on August 22, 2019, as reflected in the Notice of Service of Process that is attached hereto as **Exhibit B**.

**JURISDICTION**

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court by Exeter pursuant to the provisions of 28 U.S.C. § 1441(a), because the Complaint asserts claims against Exeter that arises under federal law, namely the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. *See* Ex. A, Complaint, ¶¶ 56-58.

4. As the Complaint was filed in the Superior Court of the State of California, County of Santa Clara, venue in this District Court is proper. *See* 28 U.S.C. § 1441(a) (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is

---

[1] As reflected in Exhibit A, and on information and belief, no other person or entity has been served in the state action, Case No. 19CV351998. Given that no other person or entity has been properly served, defendants that have not been served, including Secure Collateral Management, LLC, need not join in Exeter's removal. *See Destfino v. Reiswig*, 630 F.3d 952, 957 (9th Cir. 2011).

pending); 28 U.S.C. § 84(a) ("Northern District comprises the counties of . . . Santa Clara . . . .").

5. Exeter is represented by the undersigned.

DATED: September 20, 2019

SIMMONDS & NARITA LLP
JEFFREY A. TOPOR
LEANNE C. YU

By: /s/Leanne C. Yu
Leanne C. Yu
Attorneys for Defendant
Exeter Finance LLC