Scott Maurer, C.S.B. #180830
(smaurer@scu.edu)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San Jose CA 95126
(408) 288-7030 – Tel.
(408) 288-3581 – Fax

Attorneys for Plaintiffs Magenta Williams *et al*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| MAGENTA WILLIAMS *et al*, | ) Case No.: 19CV05862 SVK |
| Plaintiff, | ) **Notice of Settlement of Entire Case** |
| vs. | ) |
| EXETER FINANCE, LLC *et al*, | ) |
| Defendants. | ) |

//

---

WILLIAMS, et al. v. EXETER FINANCE LLC, *et al*. (CASE NO.: 5:19-cv-05862-SVK)
NOTICE OF SETTLEMENT OF ENTIRE CASE

1

**To the court, all parties, and any arbitrator or other court-connected ADR neutral involved in this case:**

This entire case has been settled. The settlement is unconditional. A request for dismissal will be filed within 45 days after the date of the settlement.

Date of Settlement: June 24, 2020.

Date initial pleading filed: September 20, 2019

Next scheduled hearing or conference:  Case Management Conference

Date: August 11, 2020, 9:30 a.m.

Trial Date: December 7, 2020

ALEXANDER COMMUNITY LAW CENTER

Dated  June 24, 2020     _____

By:  Scott Maurer,
Attorney for Plaintiffs Magenta Williams & Spencer Pee

_____

WILLIAMS, et al. v. EXETER FINANCE LLC, *et al*. (CASE NO.: 5:19-cv-05862-SVK)
NOTICE OF SETTLEMENT OF ENTIRE CASE

2