1  Scott Maurer, C.S.B. #180830
   (smaurer@scu.edu)
2  ALEXANDER COMMUNITY LAW CENTER
3  1030 The Alameda
   San Jose CA 95126
4  (408) 288-7030 – Tel.
   (408) 288-3581 – Fax
5
6  Attorneys for Plaintiffs Magenta Williams *et al*

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                              (San Jose Division)

11

12 | MAGENTA WILLIAMS *et al*,        ) Case No.: 19CV05862 LHK
                                      )
13 |         Plaintiff,                ) **STIPULATION OF DISMISSAL**
           vs.                         )
14 |                                   )
15 | EXETER FINANCE, LLC *et al*,      )
                                      )
16 |         Defendants.               )
                                      )
17                                     )
                                      )
18                                     )
                                      )
19                                     )
                                      )
20 |_____)

21

22 //

23

24

25

26

27

28

---

STIPULATION OF DISMISSAL
19CV05862 LHK    1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be dismissed, and hereby is dismissed with prejudice pursuant to FRCivP41(a)(1) with each party to bear their own fees and costs.

ALEXANDER COMMUNITY LAW CENTER

Dated: August 17, 2020

_____
Scott Maurer (smaurer@scu.edu)
Attorney for Plaintiffs Magenta Williams and Spencer Pee

SIMMONDS & NARITA LLP

Dated:   August 17, 2020

__/s/_____
Leanne Yu (lyu@snllp.com)
Attorney for Defendants